DOA
03/09/23

# UNITED STATES DISTRICT COURT
for the

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 23-9161 MJ |
| Jordan Dreckmeier, | ) | |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### COUNT 1

On or about March 9, 2023, in Maricopa County, in the District of Arizona, the defendant, JORDAN DRECKMEIER, knowingly possessed a firearm, that is, an improvised explosive device ("IED") which is a destructive device, as identified in Title 26, United States Code, Sections 5845(a)(8) and (f), which was not registered to him in the National Firearms Registration and Transfer Record, pursuant to Title 26, United States Code, Section 5841, all in violation of 5861(d) and 5871.

### COUNT 2

On or about March 9, 2023, in Maricopa County, in the District of Arizona, the defendant, JORDAN DRECKMEIER, did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(b).

This criminal complaint is based on these facts:

See Attached Statement of Probable Cause, Incorporated by Reference Herein

☒ Continued on the attached sheet.

Reviewed by AUSA Ryan Goldstein

Digitally signed by RYAN GOLDSTEIN
Date: 2023.03.09 17:21:22 -07'00'

AMBER LYTTON  Digitally signed by AMBER LYTTON
Date: 2023.03.09 17:15:54 -07'00'
*Complainant's signature*

Amber Lytton - Special Agent
*Printed name and title*

Sworn to telephonically.

Date: 3/10/2023 @ 7:25am

*Judge's signature*

City and state: Phoenix, Arizona

Honorable Eileen S. Willett, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Amber Lytton, Special Agent of Federal Bureau of Investigation, being duly sworn, declare and state as follows:

## INTRODUCTION AND BACKGROUND OF AFFIANT

1. Your Affiant is a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and has been so employed since June 26, 2016. As a requirement of becoming a Special Agent, your Affiant attended the FBI 21-week training academy located in Quantico, Virginia. While at the FBI training academy, your Affiant received instruction in investigative techniques. Your Affiant has received advanced training from multiple law enforcement agencies on drug trafficking topics, including the handling of controlled substances, money laundering, and technique of investigating drug organizations.

2. Since graduating from the academy, your Affiant has been assigned to the Transnational Organized Crime squad, which investigates drug trafficking and organized crime matters. During that time, I have participated in hundreds of controlled substance investigations. In the course of conducting controlled-substance investigations, I have made contacts with, and participated in interviews of, persons involved in the distribution of illegal drugs and the movement of proceeds from illegal drugs. From this experience and consultation, I have gained knowledge of the activities of those involved in drug-related crimes, including the devices, applications, and social media platforms they use to communicate, the terminology commonly used, and the methods used to avoid detection by law enforcement.

3. In preparing this Affidavit, I conferred with other law enforcement officials, who share the opinions and conclusions stated herein. I have personal knowledge of the following facts or have learned them from other law enforcement officers. I also relied on my training, experience, and background in law enforcement to evaluate this information. Since this Affidavit is being submitted for the limited purpose of establishing probable

cause for a complaint, I have not included each and every fact or source of information establishing the violation of federal law.

## PROBABLE CAUSE

4.     In January 2022, a Confidential Source (CS-3[1]) working with the FBI, and at the direction of the FBI, conducted a controlled drug purchase, in Phoenix, Arizona. CS-3 had previously communicated with Jordan DRECKMEIER via Facebook Messenger to coordinate the delivery of 1,000 fentanyl-laced pills to CS-3. Investigators searched CS-3 and CS-3's vehicle for contraband, with negative results. Investigators provided CS-3 with an activated audio and video recorder and transmitter. DRECKMEIER communicated via Facebook messenger to CS-3, directing CS-3 to the area of the meeting. Investigators provided CS-3 with $400.00 in cash. DRECKMEIER then sent CS-3 a text noting the location for the meeting, from cellular telephone number 602-754-2650. CS-3 then departed for the agreed upon location and headed toward the area. A few minutes after arriving at the meeting location, CS-3 relayed, via the live, monitored recording, that DRECKMEIER communicated to CS-3 that he was on his way. A short time later, law enforcement officers observed a previously identified dark colored Audi SUV, bearing Arizona license plate number 1TA5ND ("Audi") enter the parking lot and park in a business parking lot.

5.     Law enforcement officers observed CS-3 exit CS-3's vehicle and enter the Audi. Via the live recording and monitored feed, investigators heard CS-3 and DRECKMEIER discuss the pills being purchased. CS-3 then exited the Audi and returned to CS-3's vehicle. The Audi then departed the location. After the meeting, investigators met with CS-3 who turned over the body recorder and the suspected counterfeit oxycodone pills containing fentanyl. Investigators searched CS-3 and CS-3's vehicle for contraband,

---

[1] CS-3 has been working with the FBI for approximately three months. CS-3 does not have any criminal history. CS-3 is cooperating in exchange for monetary compensation. No other form of consideration or inducement has been requested by or offered to CS-3. While working as a confidential source, CS-3 has provided information that has consistently proved to be reliable. The information provided by CS-3 has, to the extent possible, been verified by other investigative techniques. Your Affiant believes CS-3 is credible and reliable.

with negative results. The suspected counterfeit oxycodone pills containing fentanyl were packaged in a clear cylindrical package, weighing 135.4 grams inclusive of packaging. Results from laboratory testing are still pending. A sample of the pills seized were tested for the presence of fentanyl, utilizing an MX908 machine. The sample provided a positive result for fentanyl, as well as acetaminophen. Based on training and experience, investigators know it is common for counterfeit oxycodone pills to contain acetaminophen, as well as fentanyl. The pills will be sent for further laboratory testing.

6. A check of Arizona MVD records for the Audi resulted in registration information identifying a female as the registered owner, with an address in Scottsdale, AZ, and a date of birth in February 1998.

7. On March 2, 2023, the Honorable Deborah M. Fine signed a residential search warrant, 23-5087MB, authorizing the search of 1804 W. Tuckey Lane, Apartment 13, Phoenix, Arizona, the known residence of DRECKMEIER. On March 9, 2023, agents executed the warrant. During execution of the search warrant, investigators found a small box that was secured with a padlock. On the outside of the box, the words "Do Not Open Or Else" had been written. To ensure the safety of everyone in the house, investigators asked DRECKMEIER, who had invoked his *Miranda* rights, if the contents of the box would hurt anyone. DRECKMEIER initially responded with silence and then stated that there was a grenade in the box.

8. Upon opening the box, investigators found an improvised explosive device ("IED") that appeared to be a grenade inside. FBI and ATF bomb technicians were called and asked to respond to the residence. Further inspection of the IED by bomb technicians indicated that it had been constructed from a grenade shell, which at one time was inert, and had been filled with a substance that investigators believed to be black powder. Additionally, it appeared that a detonator had been added to the device. The device was then taken by bomb technicians for further analysis, which showed that the black powder inside the grenade shell was energetic when subjected to an IST test. Based on the knowledge, training, and experience of an ATF Senior Explosives Enforcement Officer,

the device found in the box appeared to be a functional, improvised explosive grenade and would be considered a destructive device as that term is defined in 26 U.S.C. 5845(f). ATF also confirmed that the IED was not registered in the National Firearms Registration and Transfer Record.

9. Photographs of the IED are shown below:




10. Based on the facts and circumstances stated in this Affidavit, I submit there is probable cause to believe that the defendant, JORDAN DRECKMEIER, did knowingly possess a firearm, that is, an IED which is a destructive device, as defined in Title 26, United States Code, Sections 5845(a)(8) and (f), which was not registered to him in the National Firearms Registration and Transfer Record pursuant to Title 26, United States Code, Section 5841, all in violation of Title 26, United States Code, Sections 5861(d) and 5871. I also submit that there is probable cause to believe that JORDAN DRECKMEIER, did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II controlled substance, in violation of Title 21, United states Code, Sections 841(a)(1) and 841(b)(1)(b).

_____
AMBER LYTTON  Digitally signed by AMBER LYTTON
Date: 2023.03.09 17:16:17 -07'00'

Amber Lytton
Special Agent
Federal Bureau of Investigation

Sworn to telephonically this __10__ day of __March__, 2023.


_____EsWillett_____
HONORABLE EILEEN S. WILLETT
United States Magistrate Judge